# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS ASH,** | : CIVIL ACTION NO. 1:16-CV-539 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **HEAT AND FROST INSULATORS AND ALLIED WORKERS LOCAL NO. 23 PENSION FUND,** | : |
| Defendant | : |

## ORDER & JUDGMENT

AND NOW, this 27th day of September, 2017, upon consideration of the motion (Doc. 12) for summary judgment filed by defendant Heat and Frost Insulators and Allied Workers Local No. 23 Pension Fund ("Pension Fund"), and the motion (Doc. 15) for summary judgment filed by plaintiff Douglas Ash ("Ash"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The Pension Fund's motion (Doc. 12) for summary judgment is GRANTED.

2. Ash's motion (Doc. 15) for summary judgment is DENIED.

3. Judgment is ENTERED in favor of the Pension Fund and against Ash on the sole cause of action of Ash's complaint.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania